UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GAVINO BRIONES,<br><br>          Plaintiff,<br><br>     vs.<br><br>PLEASANT VALLEY STATE PRISON, et al.,<br><br>          Defendants. | 1:14-cv-00750-LJO-GSA-PC<br><br>ORDER STRIKING PLAINTIFF'S OBJECTIONS FOR LACK OF SIGNATURE (Doc. 8.) |

  Johnny Gavino Brionese ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.  On August 4, 2014, Plaintiff filed objections to the court's findings and recommendations of July 10, 2014.  (Doc. 8.)  The objections are unsigned.  All filings submitted to the court must bear the signature of the filing party.  Local Rule 131; Fed. R. Civ. P. 11(a).  Accordingly, IT IS HEREBY ORDERED that Plaintiff's objections to the findings and recommendations, filed on August 4, 2014, is STRICKEN from the record for lack of signature.[1]

IT IS SO ORDERED.

  Dated:   **August 5, 2014**            **/s/ Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

---

  [1] A document which is "stricken" will not be considered by the Court for any purpose.  (Informational Order, Doc. 3 at 2 ¶II.A.)