1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY GAVINO BRIONES, | 1:14-cv-00750-LJO-GSA-PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS OF JULY 10, 2014 (Doc. 6.) |
| vs. | |
| PLEASANT VALLEY STATE PRISON, et al., | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS (Docs. 2, 10.) |
| Defendants. | AND |
| | **ORDER DIRECTING PAYMENT OF $350.00 INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION** |

21      Johnny Gavino Briones ("plaintiff") is a state prisoner proceeding pro se in this civil

22   rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on May 19, 2014, together

23   with an application to proceed in forma pauperis which did not contain plaintiff's signature.

24   (Docs. 1, 2.)

25      On May 23, 2014, the court issued an order requiring plaintiff to submit a signed

26   application to proceed in forma pauperis, or pay the filing fee for this action, within thirty days.

27   (Doc. 4.)   The thirty-day deadline passed, and plaintiff did not pay the filing fee, submit a

28   signed application, or otherwise respond to the court's order.  (Court Record.)

On July 10, 2014, the undersigned issued findings and recommendations to dismiss this action for plaintiff's failure to obey the court's order of May 23, 2014.  (Doc. 6.)  Plaintiff was granted leave to file objections to the findings and recommendations within thirty days.  Id.

On August 4, 2014, plaintiff filed objections to the findings and recommendations which did not contain plaintiff's signature.  (Doc. 8.)  On August 5, 2014, the court issued an order striking plaintiff's objections for lack of signature.  (Doc. 9.)

On August 18, 2014, plaintiff submitted a signed application to proceed in forma pauperis.  (Doc. 10.)  In light of plaintiff's submission of the signed application to proceed in forma pauperis, the court shall vacate the findings and recommendations of July 10, 2014.

The court has examined plaintiff's application to proceed in forma pauperis.  Plaintiff has made the showing required by § 1915(a) and accordingly, the application will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 owed for this action.  28 U.S.C. 1915(b)(1).  Plaintiff is obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to plaintiff's trust account.  The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

In accordance with the above and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

2.  **The Director of the California Department of Corrections and Rehabilitation shall collect payments from plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The**

///

1   **payments shall be clearly identified by the name and number assigned to**

2   **this action.**

3      3.    The Clerk of the Court is directed to serve a copy of this order and a copy of

4   plaintiff's in forma pauperis application on the Director of the California

5   Department of Corrections and Rehabilitation, via the court's electronic case

6   filing system; and

7      4.    The Clerk of the Court is directed to serve a copy of this order on the Financial

8   Department, U.S.  District Court, Eastern District of California, Fresno Division.

9

IT IS SO ORDERED.

10

11   Dated:   **August 21, 2014**                    **/s/ Gary S. Austin**

UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28