# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY BRIONES,<br><br>         Plaintiff,<br><br>    vs.<br><br>PLEASANT VALLEY STATE PRISON, et al.,<br><br>         Defendants. | 1:14-cv-00750-LJO-GSA-PC<br><br>ORDER STRIKING FIRST AMENDED COMPLAINT FOR LACK OF SIGNATURE (Doc. 16.)<br><br>ORDER FOR PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT BEARING HIS SIGNATURE WITHIN THIRTY DAYS |

Johnny Briones ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this action on May 19, 2014. (Doc. 1.) On September 26, 2014, the court issued an order dismissing the Complaint for failure to state a claim, with leave to amend. (Doc. 15.) On October 10, 2014, Plaintiff filed the First Amended Complaint. (Doc. 16.)

The First Amended Complaint is not signed by Plaintiff. All filings submitted to the court must bear the signature of the filing party. Local Rule 131; Fed. R. Civ. P. 11(a).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's First Amended Complaint, filed on October 10, 2014, is STRICKEN from the record for lack of signature;

2. The Clerk's Office shall send Plaintiff a form § 1983 complaint;

3. Within thirty days from the date of service of this order, Plaintiff is required to file a Second Amended Complaint bearing Plaintiff's original signature; and

4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated:   **October 31, 2014**                      **/s/ Gary S. Austin**
                                             UNITED STATES MAGISTRATE JUDGE