UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY G. BRIONES,<br><br>      Plaintiff,<br><br>   vs.<br><br>PLEASANT VALLEY STATE PRISON, et al.,<br><br>      Defendants. | 1:14-cv-00750-LJO-EPG-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 40.)<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANTS MOORE, HENDRICKS, HAND, AND COLE ON PLAINTIFF'S EXCESSIVE FORCE CLAIMS, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |

      Johnny G. Briones ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case now proceeds on the Second Amended Complaint filed by Plaintiff on February 13, 2015. (ECF No. 31.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On May 9, 2016, the Court entered Findings and Recommendations, recommending that this action proceed only against defendants Correctional Officers R. Moore, C. Hendricks, R. Hand, and C. Cole, on Plaintiff's excessive force claims, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. (ECF No. 40.)   Plaintiff was provided an opportunity to file objections to the Findings and Recommendations within twenty days.  To date, Plaintiff has not filed objections or otherwise responded to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 9, 2016, are ADOPTED in full;
2. This action now proceeds on Plaintiff's Second Amended Complaint, filed on February 13, 2015, against Correctional Officers R. Moore, C. Hendricks, R. Hand, and C. Cole, for use of excessive force in violation of the Eighth Amendment;
3. All remaining claims and defendants are DISMISSED from this action;
4. Plaintiff's claims for supervisory liability, inadequate medical care, failure to protect, Fourteenth Amendment liberty interests, and conspiracy are DISMISSED from this action based on Plaintiff's failure to state a claim;
5. Defendants Warden Scott Frauenheim and the Doe Defendants are DISMISSED from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them; and
6. The Clerk is DIRECTED to reflect the dismissal of all defendants from this action on the Court's docket, except defendants Moore, Hendricks, Hand, and Cole.

IT IS SO ORDERED.

Dated: **June 8, 2016**          **/s/ Lawrence J. O'Neill**
                                 UNITED STATES CHIEF DISTRICT JUDGE