# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY G. BRIONES,<br><br>    Plaintiff,<br><br>    v.<br><br>PLEASANT VALLEY STATE PRISON, et al.,<br><br>    Defendants. | 1:14-cv-00750-LJO-EPG (PC)<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE<br>(ECF NO. 45) |

    Johnny Briones ("Plaintiff") is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. On February 13, 2015, Plaintiff filed the Second Amended Complaint (ECF No. 31). On May 9, 2016, Magistrate Judge Erica P. Grosjean issued Findings and Recommendations, finding some cognizable claims against some of the defendants (ECF No. 40). On June 8, 2016, District Judge Lawrence J. O'Niell entered an order adopting the Findings and Recommendations in full (ECF No. 42), and the United States Marshal Service was directed to serve the Second Amended Complaint on the remaining defendants (ECF No. 43).

    On August 19, 2016, defendants C. Cole, C. Hendricks, and R. Hand ("Defendants") filed a motion to dismiss the Second Amended Complaint on the ground that Plaintiff failed to exhaust his administrative remedies prior to filing suit. ECF No. 45. On September 6, 2016, Plaintiff filed a statement of non-opposition to the motion to dismiss, asking the Court to dismiss the Second Amended Complaint without prejudice until such time as Plaintiff can show that he satisfied the exhaustion requirement. (ECF No. 48).

1    When a plaintiff in a § 1983 action fails to exhaust his administrative remedies before
2 filing suit, his or her case must be dismissed without prejudice. McKinney v. Carey, 311 F.3d
3 1198.
4    Because Defendants have asserted that Plaintiff has failed to exhaust his administrative
5 remedies, and because Plaintiff does not oppose Defendants' motion to dismiss on this ground,
6 IT IS ORDERED that this case is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

   Dated:   **October 11, 2016**          /s/ Lawrence J. O'Neill
                                                         UNITED STATES CHIEF DISTRICT JUDGE